# INITIAL CONFERENCE QUESTIONNAIRE

**CASE NAME:** <u>Maliek Brown v. City of New York, et al.</u>     **DOCKET NO.:**   19-cv-1575 (NGG)(RML)

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of
   Civil Procedure, if not yet made:     6/25/2019

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
   plaintiff(s) <u>N/A</u>     and  defendant(s)    N/A

3. Maximum number of requests for admission by: plaintiff(s)  <u>15</u>    and defendant(s)    15

4. Number of depositions by plaintiff(s) of: parties  <u>3</u>   non-parties <u>3</u>   5. Number of depositions by defendant(s) of: parties  <u>1</u>   non-parties    TBD

6. Time limits for depositions:             7 hours

7. Date for completion of factual discovery:        1/4/2020

8. Number of expert witnesses of plaintiff(s):  <u>1</u>   medical ____ non-medical

   Date for expert report(s):

9. Number of expert witnesses of defendant(s):  <u>1</u>   medical <u>TBD</u>     non-medical

   Date for expert report(s):      30 days for plaintiff's expert report
                                   30 days for defendant's rebuttal
10. Date for completion of expert discovery:    30 days for depositions

11. Time for amendment of the pleadings by plaintiff(s) <u>     30 days          </u>     or by defendant(s)           30 days

12. Number of proposed additional parties to be joined by plaintiff(s) <u>5</u>   and by defendant(s)     0
    and time for completion of joinder:     30 days

13. Types of contemplated dispositive motions: plaintiff(s):     _____ defendant(s): summary judgment

14. Dates for filing contemplated dispositive motions:   plaintiff(s):     _____ defendant(s):
    <u>30 days after close of discovery, to file a pre-motion conference letter with the district judge</u>

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.  N/A

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___   No   X

17. This case should be ordered to arbitration at the close of discovery  <u>  No       </u> (yes/no)

18. This case should be ordered to mediation (now or at a later date) ___No ____(yes/no)
   (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court) *Potentially a settlement conference prior to depositions.

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.