# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

March 3, 2020

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Brown v. City of New York, et al.*, 19-CV-1575 (NGG)(RML)

Your Honor:

    I represent plaintiffs in this matter and write to respectfully request that the settlement conference scheduled for March 5, 2020 at 11:30 a.m. be cancelled. Defense counsel takes no position.

    Based on extensive discussions with defense counsel and my client, settlement, at this juncture, is not possible. Accordingly, a settlement conference at this juncture will not be productive.

    I thank Your Honor for consideration of this request.

                                                         Yours truly,

                                                         /s

                                                        Robert Marinelli