MALIEK BROWN,

                                  Plaintiff,

      -against-

CITY OF NEW YORK
100 Church Street
New York, NY. 10007

P.O. LAUREN MORALES
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. SHANEE HANSLER
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O, MIKE HASTINGS
One Police Plaza
New York, N.Y. 10007

P.O. JOSEPH PALAGUACHI
One Police Plaza
New York, N.Y. 10007

P.O. BRANDON DIAZ
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. ANDREW DAWKINS
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. COLIN GORDON
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. PAUL LATTANZIO
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

**RIDER TO SUMMONS FOR THE SECOND AMENDED COMPLAINT**

19 CV 1575 (NG)(RML)

P.O. JULIO APOLINARIS
One Police Plaza
New York, N.Y. 10007

P.O. EMAD HAWATMEH
84 Precinct
301 Gold Street
Brooklyn, N.Y. 11201

SGT. OSAMAH SALEM
One Police Plaza
New York, N.Y. 10007

P.O. MICHAEL CONSTANTINOU
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

Cpt. WILLIAM TOBIN
One Police Plaza
New York, N.Y. 10007

P.O. ALLEN ALEXANDER
100 Schermerhorn Street
Brooklyn, N.Y. 11201


And JOHN and JANE DOE 1 through 10, individually (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                    Defendants.

                                        --
                                         .