AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Maliek Brown<br><br>*Plaintiff(s)*<br>v.<br>CITY OF NEW YORK, P.O. LAUREN MORALES, P.O. SHANEE HANSLER, P.O, MIKE HASTINGS, P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, P.O. ANDREW DAWKINS, P.O. COLIN GORDON, P.O. PAUL LATTANZIO, P., P.O. JULIO<br>*Defendant(s)* | )))))))))))) | Civil Action No. 19-CV-1575(NGG)(RML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PO SALAMON (947845)
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021

*Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Maliek Brown <br><br> *Plaintiff(s)* <br> v. <br> CITY OF NEW YORK, P.O. LAUREN MORALES, P.O. SHANEE HANSLER, P.O. MIKE HASTINGS, P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, P.O. ANDREW DAWKINS, P.O. COLIN GORDON, P.O. PAUL LATTANZIO, P., P.O. JULIO <br> *Defendant(s)* | Civil Action No. 19-CV-1575(NGG)(RML) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lt Jeffrey Augustin (944210)
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021

*Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Maliek Brown <br><br> *Plaintiff(s)* <br> v. <br> CITY OF NEW YORK, P.O. LAUREN MORALES, P.O. SHANEE HANSLER, P.O, MIKE HASTINGS, P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, P.O. ANDREW DAWKINS, P.O. COLIN GORDON, P.O. PAUL LATTANZIO, P., P.O. JULIO <br> *Defendant(s)* | Civil Action No. 19-CV-1575(NGG)(RML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lt Daniel Iecampo
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021

*s/Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                        _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Maliek Brown )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 19-CV-1575(NGG)(RML)
CITY OF NEW YORK, P.O. LAUREN MORALES, )
P.O. SHANEE HANSLER, P.O, MIKE HASTINGS, )
P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, )
P.O. ANDREW DAWKINS, P.O. COLIN GORDON, )
P.O. PAUL LATTANZIO, P., P.O. JULIO )
*Defendant(s)* )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PA DEREK ALSTON (363566)
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021

*s/Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Maliek Brown<br><br>*Plaintiff(s)*<br>v.<br>CITY OF NEW YORK, P.O. LAUREN MORALES, P.O. SHANEE HANSLER, P.O, MIKE HASTINGS, P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, P.O. ANDREW DAWKINS, P.O. COLIN GORDON, P.O. PAUL LATTANZIO, P., P.O. JULIO<br>*Defendant(s)* | Civil Action No. 19-CV-1575(NGG)(RML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PA JOANNA JOSEPH (367847)
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021

s/*Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Maliek Brown <br><br> *Plaintiff(s)* <br> v. <br> CITY OF NEW YORK, P.O. LAUREN MORALES, P.O. SHANEE HANSLER, P.O, MIKE HASTINGS, P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, P.O. ANDREW DAWKINS, P.O. COLIN GORDON, P.O. PAUL LATTANZIO, P., P.O. JULIO <br> *Defendant(s)* | ))))))))))))) | Civil Action No. 19-CV-1575(NGG)(RML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SGT. DANE ST. CYR (953440)
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021

s/ *Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Maliek Brown )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 19-CV-1575(NGG)(RML)
CITY OF NEW YORK, P.O. LAUREN MORALES, )
P.O. SHANEE HANSLER, P.O, MIKE HASTINGS, )
P.O. JOSEPH PALAGUACHI, P.O. BRANDON DIAZ, )
P.O. ANDREW DAWKINS, P.O. COLIN GORDON, )
P.O. PAUL LATTANZIO, P., P.O. JULIO )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PO JUAN PEREZ(942340)
One Police Plaza
New York, N.Y. 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert Marinelli, Esq.
305 Broadway, Suite 1001
New York, N.Y. 10007
(212) 822-1427

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 07/26/2021    *s/Tiffeny Lee*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-CV-1575(NGG)(RML)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                                *Server's signature*

                                                        _____
                                                                *Printed name and title*

                                                        _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

Rider to Summons for Third Amended Complaint, Maliek Brown

P.O. LAUREN MORALES
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. SHANEE HANSLER 83
Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O, MIKE HASTINGS
One Police Plaza
New York, N.Y. 10007

P.O. JOSEPH
PALAGUACHI One Police
Plaza
New York, N.Y. 10007

P.O. BRANDON DIAZ
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. ANDREW DAWKINS
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. COLIN GORDON
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. PAUL LATTANZIO
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

P.O. JULIO APOLINARIS\
One Police Plaza
New York, N.Y. 10007

P.O. EMAD HAWATMEH
84 Precinct
301 Gold Street
Brooklyn, N.Y. 11201

SGT. OSAMAH SALEM
One Police Plaza
New York, N.Y. 10007

P.O. MICHAEL CONSTANTINOU
83 Precinct
480 Knickerbocker Ave,
Brooklyn, N.Y. 11237

Cpt. WILLIAM TOBIN
One Police Plaza
New York, N.Y. 10007

PO KAREEM PHILLIPS
(929558)
One Police Plaza
New York, N.Y. 10007

PO JAMES HERRING
(926949)
One Police Plaza
New York, N.Y. 10007

PO FREDDIE SALAS
(953359)
One Police Plaza
New York, N.Y. 10007

PO SALAMON (947845)
One Police Plaza
New York, N.Y. 10007

PO JEFFREY AUGUSTIN
(944210)
One Police Plaza
New York, N.Y. 10007

PO JUAN PEREZ (942340)
One Police Plaza
New York, N.Y. 10007


SGT. DANE ST. CYR (953440)
One Police Plaza
New York, N.Y. 10007


PA JOANNA JOSEPH (367847)
One Police Plaza
New York, N.Y. 10007


PA DEREK ALSTON (363566)
One Police Plaza
New York, N.Y. 10007


LT. DANIEL IECAMPO (899368)
One Police Plaza
New York, N.Y. 10007


 PA MARQUESE JONES (363207)
One Police Plaza
New York, N.Y. 10007


And JOHN and JANE DOE 1 through 10,· (the names John and Jane Doe being fictitious, as the true names are presently unknown),                                                                               --
                                                                                                                                  .